IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARELIS TORRES, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | No. 14-1000 |
| | : | |
| GEICO INSURANCE CO., | : | |
|     Defendant. | : | |
| | : | |

**ORDER**

**AND NOW,** this 27th day of March, 2014, upon consideration of defendant's motion to dismiss (Doc. No. 4) and any response thereto, it is hereby **ORDERED** that the defendant's motion is **GRANTED** and the complaint is **DISMISSED** without prejudice.[1]

                                              BY THE COURT:

                                              /s/Lawrence F. Stengel
                                              LAWRENCE F. STENGEL, J.

---

[1] Because the amended complaint is factually, not legally, deficient, a curative amendment would not necessarily be futile. Phillips v. County of Allegheny, 515 F.3d 224, 245-46 (3d Cir. 2008). The plaintiff is therefore granted leave to file an amended complaint within fourteen (14) days of this Memorandum and Order, if she can in good faith.